# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 18-0908V
UNPUBLISHED

CARLA PAVAO,

                Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                Respondent.

Chief Special Master Corcoran

Filed: March 12, 2020

Special Processing Unit (SPU);
Damages Decision Based on Proffer;
Influenza (Flu) Vaccine; Shoulder
Injury Related to Vaccine
Administration (SIRVA)

*Howard Scott Gold, Gold Law Firm, LLC, Wellesley Hills, MA, for petitioner.*

*Mollie Danielle Gorney, U.S. Department of Justice, Washington, DC, for respondent.*

## DECISION AWARDING DAMAGES[1]

On June 25, 2018, Carla Pavao filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a left shoulder injury related to vaccine administration ("SIRVA") as a result of an influenza ("flu") vaccine administered on November 17, 2016. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On January 13, 2020, a ruling on entitlement was issued, finding Petitioner entitled to compensation for SIRVA. On March 11, 2020, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $92,000.00, all of which is for pain and suffering. Proffer at 1. In the Proffer, Respondent

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

represented that Petitioner agrees with the proffered award.  *Id.*  Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $92,000.00 (all of which is for pain and suffering) in the form of a check payable to Petitioner.**  This amount represents compensation for all damages that would be available under § 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**


                                     **s/Brian H. Corcoran**
                                     Brian H. Corcoran
                                     Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS

|  |  |  |
|---|---|---|
| CARLA PAVAO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 18-908V |
| v. | ) | Chief Special Master Cocoran |
| | ) | ECF |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

### I.      Items of Compensation

On January 13, 2020, respondent filed a Rule 4(c) report conceding petitioner's entitlement to compensation, under the terms of the Vaccine Act, for her shoulder injury related to vaccine administration ("SIRVA")  Table injury, following a flu vaccine administered on November 17, 2016.  On the same date, Chief Special Master Corcoran issued a Ruling on Entitlement, finding that petitioner was entitled to compensation for her SIRVA.  Based upon the evidence of record, respondent proffers that petitioner should be awarded $92,000.00, all of which is for pain and suffering.  This amount represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a).  Petitioner agrees.

### II.     Form of the Award

The parties recommend that compensation provided to petitioner should be made  through a lump sum payment of **$92,000.00**, in the form of a check payable to petitioner.  Petitioner agrees.

Petitioner is a competent adult.  Evidence of guardianship is not required in this case.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

C. SALVATORE D'ALESSIO
Acting Director
Torts Branch, Civil Division

CATHARINE E. REEVES
Deputy Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Assistant Director
Torts Branch, Civil Division

/s/ Mollie D. Gorney
MOLLIE D. GORNEY
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington D.C. 20044-0146
(202) 616- 4029
mollie.d.gorney@usdoj.gov

Dated: March 11, 2020